AARON D. FORD
Attorney General
ASHLEY B. DERTES (Bar No. 17640C)
Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-0844 (phone)
(702) 486-3768 (fax)
Email: adertes@ag.nv.gov

*Attorneys for Interested Party*
*Nevada Department of Corrections*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JOHNNY WILLIAM JOHNSON, III,

Plaintiff,

v.

BENU CLARK.,

Defendants.

Case No. 3:26-cv-00433-MMD-CSD

**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE**

Plaintiff, Johnny William Johnson, III, pro se, and Defendant, John/Jane Doe Charge Nursing, Benu Clark, and Jane/John Doe Shift Command Sergeant, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Ashley B. Dertes., Deputy Attorney General, hereby stipulate that the above-captioned action is dismissed with prejudice as to all claims against all Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear their own costs.

DATED this 13th day of October, 2026.

By: ______________________
Johnny William Johnson, III #1018477
*Plaintiff, Pro se*

DATED this 13th day of October, 2026.

AARON D. FORD
Attorney General

By: */s/ Ashley Dertes*
Ashley Dertes (Bar No. 17640C)
Deputy Attorney General
*Attorneys for Defendants*

IT IS SO ORDERED

DATED this 21st day of October, 2026.

______________________
Miranda M. Du, U.S. District Court